Same case below, 653 F.3d 729.

No. 11-7462. Orlando Carrero-Hernandez, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1052, 181 L. Ed. 2d 742, 2012 U.S. LEXIS 249.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 643 F.3d 344.

No. 11-5006. Arthur R. Manning, Petitioner v. Illinois.

565 U.S. 1115, 132 S. Ct. 998, 181 L. Ed. 2d 742, 2012 U.S. LEXIS 270.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 241 Ill. 2d 319, 350 Ill. Dec. 262, 948 N.E.2d 542.

No. 11-5038. Edwin Hart Turner, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.

565 U.S. 1115, 132 S. Ct. 998, 181 L. Ed. 2d 742, 2012 U.S. LEXIS 388.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 412 Fed. Appx. 696.

No. 11-5128. David Carl Wormington, Petitioner v. Rick Thaler, Director,

Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1115, 132 S. Ct. 998, 181 L. Ed. 2d 742, 2012 U.S. LEXIS 252.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5305. Roy Ellison Thomas, Petitioner v. United States; and Herbert Cisco Hay, Petitioner v. United States.

565 U.S. 1115, 132 S. Ct. 998, 181 L. Ed. 2d 742, 2012 U.S. LEXIS 260.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 422 Fed. Appx. 361 (first judgment); and 422 Fed. Appx. 362 (second judgment).

No. 11-5406. Lisa Rene Kay, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1115, 132 S. Ct. 998, 181 L. Ed. 2d 742, 2012 U.S. LEXIS 266, 

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.